**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| CENTRAL TEAMING COMPANY, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DENOVO CONSTRUCTORS, INC, ) | CAUSE NO.: 2:15-CV-230-JTM-PRC |
|     Judgment-Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| WASTE MANAGEMENT NATIONAL ) | |
| SERVICES, INC., ) | |
|     Garnishee-Defendant. ) | |

**TURNOVER ORDER**

This matter is before the Court on Plaintiff's oral motion made in open Court on October 16, 2015. The Court finds as follows:

1. Garnishee-Defendant has complied with the Order of September 23, 2015, by serving answers to Plaintiff's Interrogatories regarding assets being held on behalf of and indebtedness to Judgment-Defendant.

2. Garnishee-Defendant is holding funds in the amount of $289,082.96 that can be used to satisfy Plaintiff's judgment against DeNovo Constructors, Inc. in the amount of $210,630.00 and costs in the amount of $584.20.

3. There is now interest due on the judgment in the amount of $1,384.96 and that interest shall continue to accrue at the statutory rate of 8% per annum or $46.16 per day until the judgment is satisfied in full.

Based on the foregoing, the Court hereby **ORDERS** Garnishee-Defendant to turn over the sum of $212,599.16 to Plaintiff, Central Teaming Company, Inc., itemized as follows:

| | |
|---|---|
| $210,630.00 | Judgment Amount |
| 584.20 | Costs to Plaintiff |
| 1,384.96 | Interest on Judgment through 10/15/2015 |
| $212,599.16 | Total to be Paid by Garnishee-Defendant |

The Court further **ORDERS** Garnishee-Defendant to add interest in the amount of $46.16 per day to the total above for each day after October 15, 2015 to the date of payment.

The Court further **ORDERS** counsel for Plaintiff to serve a copy of this Order by both first class and certified mail, return receipt requested, on Judgment-Defendant and Garnishee-Defendant.

So ORDERED this 20th day of October, 2015.

    s/ Paul R. Cherry
    MAGISTRATE JUDGE PAUL R. CHERRY
    UNITED STATES DISTRICT COURT