# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CENTRAL TEAMING COMPANY, INC., ) | |
| ) | CAUSE NO.: 2:15-CV-230-JTM-PRC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DENOVO CONSTRUCTORS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RELEASE AND SATISFACTION OF JUDGMENT

Central Teaming Company, the judgment creditor, having received full satisfaction and payment, releases the judgment entered on September 16, 2015 against Defendant, DeNovo Constructors, Inc. for Two Hundred Eleven Thousand Two Hundred Fourteen and 20/100 Dollars ($211,214.20) and costs.

/s/Mary Louise Kandyba
ATTORNEY FOR PLAINTIFF

Mary Louise Kandyba
Attorney for Central Teaming Company, Inc.
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, IL. 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
e-mail: ml.kandyba@wilsonelser.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on **November 24, 2015**, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on all counsel of record by CM/ECF Electronic Notification.

       /s/ Mary Louise Kandyba
       Mary Louise Kandyba